

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The reporter's record in this appeal was filed on April 29, 2015, completing the record. Appellant's counsel was informed by email on that date that the record had been filed and appellant's brief was therefore due. On June 1, 2015, the court granted appellant a thirty-day extension of time to file the brief and ordered the brief due June 29, 2015. Appellant has filed a motion requesting an additional forty-five day extension of time to file the brief.

We **grant** the motion, and **order** appellant's brief due **July 16, 2015** (75 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court